US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Consumers Council of Missouri v. Department of Health and Human Services

**USCA#:**

**Case Number:** 4:14cv1682 JCH

**Plaintiff:** **Consumers Council of Misssouri**

**Defendant:** **Department of Health and Human Services**

**Attorney:**

Jay B. Angoff
MEHRI AND SKALET PLLC
1250 Connecticut Ave.
Suite 300
Washington, DC 20036
202-822-5100 x125
Fax: 202-822-4997
Email: jay.angoff@findjustice.com

**Attorney:**

Nicholas P. Llewellyn
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-2777
Email: nicholas.llewellyn@usdoj.gov

**Court Reporter:**

NONE

Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Beth kirkland244-7925

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | NO FEE PAID | NONE FILED | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| JAY ANGOFF | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?   Yes   No     Where:

Please list all other defendants in this case if there were multiple defendants: