# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  15-3595
_____

Consumers Council of Missouri

Plaintiff - Appellant

v.

Department of Health and Human Services, Mary Mayhew Commissioner of DHHS

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-01682-JCH)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 25, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans