# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3595

Consumers Council of Missouri

Appellant

v.

Department of Health and Human Services, Mary Mayhew Commissioner of DHHS

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-01682-JCH)
_____

## MANDATE

In accordance with the judgment of 11/25/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 25, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit